[Civil No. 504.]

## GEORGE H. FITTS, Appellant, v. THE MAYOR AND COMMON COUNCIL OF THE CITY OF TOMBSTONE, TERRITORY OF ARIZONA, Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.   J. D. Bethune, Judge.

Allen R. English, for Appellant.

G. W. Swain, and C. S. Clark, for Appellees.

May 4, 1896.   Affirmed.

---

[Criminal No. 112.]

## LAWRENCE M. LEMON, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.   J. D. Bethune, Judge.

Barnes & Martin, and Charles Blenman, for Appellant.

Thomas D. Satterwhite, Attorney-General, and William M. Lovell, for Respondent.

May 4, 1896.   Affirmed.

---

[Civil No. 510.]

## T. F. MILLER et al., Appellants, v. JOHN A. WEBB, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai.   John J. Hawkins, Judge.

Herndon & Norris, for Appellants.

J. F. Wilson, for Appellee.

May 4, 1896.   Affirmed.